IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DON MILTON STEELE**                                         **PETITIONER**

CASE NO. 2:19-CV-23-JM-BD

**GENE BEASLEY, Warden,**
Federal Correctional Institution-Low,
Forrest City, Arkansas                                      **RESPONDENT**

# ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Petitioner Don Milton Steele's petition for writ of habeas corpus (#1) is DISMISSED, without prejudice, this 2nd day of April, 2019. His motion to file an amended petition (#5) is DENIED.

_____
UNITED STATES DISTRICT JUDGE