IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DON MILTON STEELE**                                                          **PETITIONER**

CASE NO. 2:19-CV-23-JM-BD

**GENE BEASLEY, Warden,**
Federal Correctional Institution-Low,
**Forrest City, Arkansas**                                                       **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 2nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE